**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-2262-EWN-CBS

PHILLIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation

       Plaintiffs,

v.

VALLEY INDUSTRIES LLC, a Delaware corporation,

       Defendant and Counterclaim Plaintiff

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

The Stipulated Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) having been duly considered:

IT IS ORDERED that the Complaint, all claims, and action therein are hereby dismissed with prejudice, and that Defendant's counterclaims are hereby dismissed with prejudice, all subject to the terms of the Settlement Agreement between the parties, with each party to bear its own costs and attorneys' fees.

Dated this 29th day of August, 2005.

                              s/Edward W. Nottingham
                              Edward W. Nottingham
                              United States District Court Judge